GEORGE S. CARDONA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
MARK A. WIN (CSB #206077)
Special Assistant United States Attorney
   333 Market St., Suite 1500
   San Francisco, CA 94105
   Tel: (415) 977-8980
   Fax: (415) 744-0134
   Email: Mark.Win@ssa.gov

Attorneys for Defendant Michael J. Astrue,
   Commissioner of Social Security

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL PERRYMAN,<br><br>   Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>   Defendant. | No, EDCV 09-1362-FFM<br><br>[~~PROPOSED~~] JUDGMENT OF REMAND |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand") lodged concurrent with the lodging of the within Judgment of Remand,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation for Remand.

Dated: 3/16/10

HON. FREDERICK F. MUMM
UNITED STATES MAGISTRATE JUDGE